

# Missouri Court of Appeals
## Southern District

**JANUARY 29, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33201

      Re:    FLOYD A. ROBINSON,
             Movant-Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent-Respondent.